Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, by and through its trustee, Eddie Haddad, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY; SANDRA L. THOMPSON, in her official capacity as the Director of the Federal Housing Finance Agency, <br><br> Defendants. | Case No.: 2:23-cv-00978-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION [ECF Nos. 2, 3]** <br><br> **(FIRST REQUEST)** |

Plaintiff Daisey Trust, by and through its trustee, Eddie Haddad ("Plaintiff"), and Defendants Federal Housing Finance Agency (FHFA) and Sandra L. Thompson, in her official capacity as the Director of FHFA (together "Defendants"), by and through their respective counsel, for good cause shown, hereby stipulate to extend the deadline for Plaintiff to file a reply brief in support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF Nos. 2,3).

Plaintiff filed its complaint and motions for interlocutory injunctive relief on June 23; Defendants timely filed their oppositions on July 7.  As a result, Plaintiff's reply brief is currently due Friday, July 14, 2023.  On Monday, July 10, Plaintiff's counsel contacted counsel for Defendants to request a two-week extension.  On Tuesday, July 11, Defendants' counsel agreed to Plaintiff's request.  Accordingly, the parties stipulate to extend Plaintiff's deadline an additional 14 days to Friday, July 28, 2023.

Plaintiff seeks this extension in good faith as Plaintiff's counsel has personal conflicts over the present deadline and the importance and complexity of the constitutional arguments involved warrant sufficient briefing. This Stipulation is not sought or entered for delay or improper purposes.

DATED this 11th day of July, 2023.

PISANELLI BICE PLLC


By: ___/s/ Jordan T. Smith___
    Jordan T. Smith, Esq., #12097
    Brianna Smith, Esq., #11795
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 12th day of July, 2023.

FENNEMORE CRAIG, P.C.


By: ___/s/ Leslie Bryan Hart___
    Leslie Bryan Hart, Esq., #4932
    John D. Tennert, Esq., #11728
    7800 Rancharrah Parkway
    Reno, Nevada 89511

    Michael A.F. Johnson, Esq.
    ARNOLD & PORTER, KAYE
    SCHOLER LLP
    600 Massachusetts Avenue, NW
    Washington, DC 20001-3743
    (*Pro Hac Vice* to be submitted)

*Attorneys for Defendants*


IT IS SO ORDERED:

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE


DATED: _July 13, 2023_____

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101