Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, by and through its trustee, Eddie Haddad,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY; SANDRA L. THOMPSON, in her official capacity as the Director of the Federal Housing Finance Agency,<br><br>Defendants. | CASE NO.: 2:23-cv-00978-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 18]**<br><br>**(FIRST REQUEST)** |

Plaintiff Daisey Trust, by and through its trustee, Eddie Haddad ("Plaintiff"), and Defendants Federal Housing Finance Agency (FHFA) and Sandra L. Thompson, in her official capacity as the Director of FHFA (together "Defendants"), by and through their respective counsel, for good cause shown, hereby stipulate to extend the deadlines for Plaintiff to file its Response to Defendants' Motion to Dismiss (ECF No. 18), and Defendants' Reply in Support of Motion to Dismiss.

Plaintiff's Response is currently due Tuesday, September 5, 2023.  On August 23, 2023, Plaintiff's counsel contacted Defendants' counsel and requested a one-week extension of its deadline.  That same day, Defendants' counsel agreed, provided that Defendant's reply deadline would also be extended by one week.  Accordingly, the parties stipulate to extend Plaintiff's deadline by seven days, to Tuesday, September 12, 2023, and to extend the deadline for Defendants to file their Reply in support of Motion to Dismiss an additional seven days, to September 26, 2023.

1

Plaintiff seeks this extension in good faith and not for purposes of delay as Plaintiff's counsel has scheduling conflicts including a Nevada Supreme Court oral argument scheduled for September 6, 2023, and needs additional time to adequately prepare for the important issues in both cases.

DATED this 24th day of August, 2023.

PISANELLI BICE PLLC

By: */s/ Jordan T. Smith*
    Jordan T. Smith, #12097
    Brianna Smith, #11795
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 24th day of August, 2023.

FENNEMORE CRAIG, P.C.

By: */s/ Leslie Bryan Hart*
    Leslie Bryan Hart, Esq., #4932
    John D. Tennert, Esq., #11728
    7800 Rancharrah Parkway
    Reno, Nevada 89511

    Michael A.F. Johnson, Esq.
    ARNOLD & PORTER KAY
     SCHOLER LLP
    601 Massachusetts Ave., NW
    Washington, DC 20001-3743
    (*Pro Hac Vice* to Be Submitted)

*Attorneys for Defendants*

IT IS SO ORDERED:

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

DATED: August 25, 2023

CASE NO.: 2:23-cv-00978-APG-EJY

2