# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, CAPE JASMINE CT. TRUST, AND SATICOY BAY LLC, SERIES 10007,<br><br>    Plaintiffs<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY; SANDRA L. THOMPSON, in her official capacity as the Director of the Federal Housing Finance Agency,<br><br>    Defendants | Case No.: 2:23-cv-00978-APG-EJY<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 18] |

In light of the amended complaint (ECF No. 34),

I ORDER that defendant Federal Housing Finance Agency's motion to dismiss **(ECF No. 18) is DENIED as moot** because it is directed at the original complaint.

DATED this 6th day of November, 2023.

　

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE