# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, et al., | Case No.: 2:23-cv-00978-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| FEDERAL HOUSING FINANCE AGENCY, et al., | |
| Defendants | |

In light of the United States Supreme Court's decision today in *Consumer Financial Protection Bureau, et al. v. Community Financial Services Association of America, LTD., et al.*, No. 22-448,

I ORDER the parties to confer about how the decision impacts this case, and whether it requires amendment of the first amended complaint, withdrawal and refiling of the pending motion to dismiss, or some other action. The parties shall file a joint status report on how the case should proceed in light of this new authority by June 21, 2024.

DATED this 16th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE