Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAISEY TRUST, by and through its trustee, Eddie Haddad; CAPE JASMINE CT. TRUST, by and through its trustee, Eddie Haddad; and SATICOY BAY LLC, SERIES 10007 LIBERTY VIEW,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOUSING FINANCE AGENCY; and SANDRA L. THOMPSON, in her official capacity as Director of the Federal Housing Finance Agency,<br><br>Defendants. | CASE NO: 2:23-cv-00978-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RELATED TO DEFENDANTS' MOTION TO EXPUNGE LIS PENDENS AND FOR INJUNCTIVE RELIEF [ECF NO. 44]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Daisey Trust, Cape Jasmine Ct. Trust, and Saticoy Bay LLC, Series 10007 Liberty View ("Plaintiffs") and Defendants Federal Housing Finance Agency and Sandra L. Thompson in her official capacity as Director (collectively, "FHFA"), through their undersigned counsel of record, for good cause shown hereby stipulate to extend the deadlines for Plaintiffs to file their response to Defendants' Motion to Expunge Lis Pendens and for Injunctive Relief (ECF No. 44), and FHFA's reply in support of Motion to Expunge Lis Pendens and for Injunctive Relief.

Plaintiffs' response is currently due Friday, June 28, 2024, and the parties stipulate to extend the deadline to Monday, July 8, 2024. The parties further stipulate to extend the deadline for Defendants to file their reply to Monday, July 22, 2024.

Plaintiffs seek this extension in good faith and not for purposes of delay as Plaintiffs' counsel is traveling out of state and needs additional time to prepare the response. The proposed new deadline also takes into consideration the upcoming July 4, 2024 holiday.

DATED this 25th day of June, 2024.

PISANELLI BICE PLLC

By: */s/ Brianna Smith*
Jordan T. Smith, Esq., #12097
Brianna Smith, Esq., #11795
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

DATED this 25th day of June, 2024.

FENNEMORE CRAIG, P.C.

By: */s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq., #4932
John D. Tennert, Esq., #11728
7800 Rancharrah Parkway
Reno, Nevada 89511

Michael A.F. Johnson, Esq.
(*pro hac vice*)
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2024

CASE NO: 2:23-cv-00978-APG-EJY

2