UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>  Defendants | Case No.: 2:23-cv-00978-APG-EJY<br><br>**Order for Supplemental Briefs** |

Based upon the parties' Joint Status Report (ECF No. 45), I order as follows:

By **July 31, 2024**, each party will file a supplemental brief of up to eight pages, limited to the effect of the *CFPB* decision on the plaintiffs' claims. By **August 21, 2024**, each party may file a response of up to four pages, limited to matters addressed in the opposing party's supplemental brief.

DATED this 8th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE