Notice of Release of Lis Pendens

# EXHIBIT 2

Inst #: 20240701-0001180
Fees: $42.00
07/01/2024 02:00:34 PM
Receipt #: 5624101
Requestor:
Resources Group
Recorded By: SCHIABLE   Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# 001-17-810-057

11 digit Assessor's Parcel Number may be obtained at:
https://clarkcountynv.gov/government/assessor/property_search/real_property_records.php

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Release Lis Pendens

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**

R BONILLA

**RETURN TO:** Name Reber Dr Trust
Address P.O.Box 36208
City/State/Zip Las Vegas, NV 89133

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)
Name Reber Dr Trust
Address P.O.Box 36208
City/State/Zip Las Vegas, NV 89133

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.

**Recording Requested By:**

**When Recorded Mail To:**

REBER DR TRUST

## NOTICE OF RELEASE OF LIS PENDENS

PLEASE TAKE NOTICE that REBER DR TRUST hereby RELEASES the LIS PENDENS, Instrument No. 20240506-0000017, previously recorded on MAY 6TH 2024 against the real property located in the County of Clark, State of Nevada at: 254 REBER DR. Mesquite, NV. 89027    APN No. 00117810057   Case No 2.23-cv-00978-APG-EJY

Dated this 30TH day of JUNE 2024.

By: _____  IYAD HADDAD Mgr

REBER DR TRUST