AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Daisey Trust

        Plaintiff,

v.

Federal Housing Finance Agency et al

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:23-cv-00978-APG-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs' motion to amend ECF No. 52 is DENIED.
IT IS FURTHER ORDERED that the defendants' motion to dismiss ECF No. 36 is GRANTED.
IT IS FURTHER ORDERED that judgment is hereby entered in favor of defendants, Federal Housing Finance Agency et. al, against plaintiff Daisey Trust, and this case is closed.

9/23/2024
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk