UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAISEY TRUST, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00978-APG-EJY<br><br>**Order Denying Motion to Expunge Lis Pendens and for Injunctive Relief**<br><br>[ECF No. 44] |

Defendants Federal Housing Finance Agency and its director, Sandra L. Thompson, move to expunge a lis pendens that nonparty Reber Dr Trust recorded against a property not at issue in this case. The defendants contend that Reber Dr Trust is owned by Iyad "Eddie" Haddad, who is also the principal behind each of the plaintiffs in this case. Reber Dr Trust recorded a notice of lis pendens on the property it owns, stating that it is "a potential class member" in this case. ECF No. 44-1. The defendants assert that Haddad has engaged in a pattern of filing notices of lis pendens with similar claims of being potential class members in this suit just a few days before the foreclosure sales of properties he owns in a bad faith effort to depress the price the defendants can fetch at a sale. They thus ask me to enjoin the plaintiffs and any of their officers and agents, which would include Haddad, from recording additional lis pendens notices against other properties on the basis that the person or entity recording the notice is a potential class member in this case.

I deny the motion to expunge as moot because after the defendants filed their motion, Reber Dr Trust released the notice of lis pendens. ECF No. 49-2. I deny the motion for a restraining order because this case is now closed. The defendants have indicated they have other

avenues to pursue relief against Haddad and his entities, rather than moving for an injunction in this closed case where the defendants have never asserted an affirmative claim for relief on which to base an injunction. *See* ECF No. 44 at 18 n.7.

I THEREFORE ORDER that the defendants' motion to expunge lis pendens and for injunctive relief **(ECF No. 44) is DENIED**.

DATED this 23rd day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE